# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156647

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLARENCE McMILLEN, JR.,
      Defendant-Appellant.

SC: 156647
COA: 332089
Wayne CC: 15-005091-FC

_____/

      By order of July 6, 2018, the application for leave to appeal the August 24, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Urban* (Docket No. 156458). On order of the Court, the case having been decided on July 31, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019

Clerk

a1120